| B 104<br>(Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|

| **PLAINTIFFS**<br>Adam Gnall | **DEFENDANTS**<br>David Ashton McLain<br>Sharon Patricia McLain |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>William F. Hinesley, III<br>Crawford & Hinesley, P.C.<br>P. O. Box 15306, Savannah, GA, 31416<br>912-352-3964 | ATTORNEYS (If Known)<br>Mary Christine Register<br>Zettler Hostilo & Register, LLP<br>1515 Abercorn St., Savannah, GA, 31401<br>912-234-3972 |

**PARTY** (Check one box only)   ☒ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Determine Dischargeability of a debt.

### NATURE OF SUIT
(Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727

- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☒ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)   ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND<br>NEAREST THOUSAND<br>$ 14,000.00 | OTHER RELIEF SOUGHT | ☐ JURY DEMAND |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>David A. & Sharon P. McLain | BANKRUPTCY CASE NO.<br>05-43382-LWD | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Southern | DIVISIONAL OFFICE<br>Savannah | NAME OF JUDGE<br>Lamar W. Davis, Jr. |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   ☒ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE<br>May 15, 2006 | PRINT NAME<br>William F. Hinesley, III | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/S/ WILLIAM F. HINESLEY, III |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID ASHTON MCLAIN | ) | |
| SHARON PATRICIA MCLAIN, | ) | CHAPTER 7 |
| | ) | CASE NO.: 05-43382-LWD |
| Debtors. | ) | |
| ************************************ | | |
| ADAM GNALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADVERSARY PROCEEDING |
| | ) | NO.: |
| DAVID ASHTON MCLAIN | ) | |
| SHARON PATRICIA MCLAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| ************************************ | | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY

COMES NOW ADAM GNALL, Plaintiff in the above styled matter, and files his Complaint, showing the Court the following:

1. Debtors filed their petition for relief under Chapter 7 of the United States Bankruptcy Code on December 13, 2005.

2. Plaintiff is a creditor, having been the landlord of Debtors pre petition.

3. This is a core proceeding as it deals with the dischargeability of a debt.

4. Debtors leased from Plaintiff certain real property known ass 111 East White Hawthorne Drive, Savannah, Georgia.

5. Debtors vacated the property described in Paragraph Four (4) hereof prior to filing their petition for relief.

6. Debtors did significant damage to the leased property.

7. Plaintiff was required to expend a total of $14,645.00 to repair the leased property.

8. After applying the security deposit, Plaintiff's net repair costs was $13,874.00.

9. The damage described herein was not caused by ordinary wear and tear.

10. The debt to Plaintiff should not be subject to a Chapter 7 discharge.

THIS  15th  day of   May  , 2006.

                                                 **CRAWFORD & HINESLEY, P.C.**

| | |
|---|---|
| 7805 Waters Ave., Ste. 7-B | by:  /S/ WILLIAM F. HINESLEY, III |
| P.O. Box 15306 | WILLIAM F. HINESLEY, III, For the Firm |
| Savannah, GA  31416 | Attorney for Plaintiff |
| 912-352-3964 | GA State Bar No.:  356360 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: )<br>)<br>DAVID ASHTON MCLAIN )<br>SHARON PATRICIA MCLAIN, )<br>)<br>Debtors. ) | CHAPTER 7<br>CASE NO.: 05-43382-LWD |
| ************************************* | |
| ADAM GNALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID ASHTON MCLAIN )<br>SHARON PATRICIA MCLAIN, )<br>)<br>Defendants. ) | ADVERSARY PROCEEDING<br>NO.: |
| ************************************* | |

### CERTIFICATE OF SERVICE

I, WILLIAM F. HINESLEY, III, certify that I have served a copy of the **COMPLAINT TO DETERMINE DISCHARGEABILITY** on the persons listed below by Notice of Electronic Filing.

James L. Drake, Jr., Chapter 7 Trustee

B. Amon James, Asst. U. S. Trustee

Mary Christine Register, Attorney at Law

I, WILLIAM F. HINESLEY, III, certify that I have served a copy of the **COMPLAINT TO DETERMINE DISCHARGEABILITY** on the persons listed below by depositing a copy of same in the United States mail with the addresses being listed below and sufficient postage affixed thereto.

David Ashton McLain
Sharon Patricia McLain
17 Widgeon Ct.
Bloomingdale, GA  31302

THIS  15th  day of   May  , 2006.

**CRAWFORD & HINESLEY, P.C.**

7805 Waters Ave., Ste. 7-B
P.O. Box 15306
Savannah, GA  31416
912-352-3964

by: /S/ WILLIAM F. HINESLEY, III
WILLIAM F. HINESLEY, III, For the Firm
Attorney for Plaintiff
GA State Bar No.:  356360