# CRAWFORD & HINESLEY, P.C.

### *Attorneys at Law*

*7805 Waters Avenue, 7-B*
*Savannah, Georgia 31406*
**Telephone**
*(912) 352-3964*

*Post Office Box 15306*
*Savannah, Georgia 31416*
**Facsimile**
*(912) 351-9245*

**William F. Hinesley, III**

*75-43382*

January 31, 2007

The Honorable Lamar W. Davis, Jr.
Judge, United States Bankruptcy Court
125 Bull Street
Savannah, GA 31401

**VIA HAND DELIVERY**

RECEIVED
JAN 31 2007
LAMAR W. DAVIS, JR.
U.S. BANKRUPTCY JUDGE

RE:   Adam Gnall v. David & Sharon McClain
       ADVERSARY PROCEEDING NO. 06-04047
       OUR FILE NO.: 33255

Dear Judge Davis:

At the conclusion of the trial in the referenced matter on January 17, 2007, you offered the parties the opportunity for additional briefs. After reviewing the evidence and updating the law I have already provided, I find that there is little for me to add. As you noted at the conclusion of the evidence, the Plaintiff has been left to deal with a train wreck, and Defendants should not be able to discharge this debt.

I did discover that one of the cases provided in my Proposed Findings of Fact and Conclusions of Law has been upheld on appeal. **See, In re: Horton, 204 Bankr. 477 (E.D. Va. 1977).** Unfortunately, the District Court opinion focuses on the denial of discharge under 11 U.S.C. § 727 and does not address the specific issue before the Court.

You also asked that we supplement the record with Mr. Gossett's work records. Attached at Tab 1, you will find a chronological list of tasks performed on the property by Mr. Gossett with labor and material costs included. At Tab 2, Mr. Gossett has broken out those tasks which he considered abnormal repairs. A summary of the charges associated with those items is shown on the last page of this material. Finally, at Tab 3, you will find a breakdown of labor and material costs associated with the project. Should you have questions of Mr. Gossett, or should Ms. Register desire to examine

him on these issues, both he and I are available at the Court's convenience.

Finally, Mr. Gossett located a computer disk containing a total of 309 photographs of the property., some of which are duplicates of those already in evidence and some of which provide additional photographic evidence. Since the Court's instructions did not specifically allow for the introduction of additional photographic evidence, I do not enclose the disk with this letter. Should you feel that such photographs would be helpful, I will be glad to arrange a convenient time for Ms. Register to view the disk and submit the same to the Court.

In conclusion, I reiterate my position: the damage done to this property is severe and completely out of the ordinary. It rises to the level of willful and intentional and should not be subject to discharge.

Thank you for your attention to this issue.

Respectfully,
**CRAWFORD & HINESLEY, P.C.**

WILLIAM F. HINESLEY, III
For the Firm

WFH/

enclosures

cc: Christie Register

TASK Accomplised
W/O 19-20 & 23 Sept

(1) Sand Re Seal Wood 2nd Coat
(2) Final Cleaning
(3) Door Wx Stripping
(4) Found all Exterior Repairs
(5) Dump Run
(6) Shac @ Wood Floor
(7) Prep- Law Suit Claim
(8)

---

TASK A/D
3 Oct 05
(1) Caulk Kit Sink

TASK W/O
10th – 16th Sept.

① Accounting – P/U Materials Toilet Traps – Fan Trap – Paint Trap
② Replace Toilets – Remove Master – Attemp Unstop
Buy Install New
③ Shoe Mold
④ Kit Light
⑤ Caulk
⑥ Kitchen Cabinet Door Clamp Clean Up
⑦ Repair Rear Gate Hinge – Lock
⑧ Remove – Plug Gas line @ Stove
⑨ Re install Sink Cab door
⑩ Photo's
⑪ Caulk Paint – Dining Rm – Great Rm – Caulk Windows Ceiling/Base/
⑫ Caulk Bath Sinks
⑬ Paint Bifolds – Stain
⑭ Stand lime off Tub handles
⑮ Put N – Air Fresh
⑯ Re Ass Fans (2) – Wash light Globes – Hunt
for Missing Globe Screws (Tennant lost)
⑰ Repair Dog chew Marks on Baseboard (Kit)
⑱ P/U Laminate – Install
⑲ Nail Shoe / Quarter ~ Bathrooms
⑳ Towel – T.P. Towel Rings – Pegs
㉑ Pull Cable from Roof & Front
㉒ Adj all doors
㉓ Floor Strips Tubs
㉔ Vacum Whole House

Chas / Mike ☰    ( 25 hrs )

25) Siding
26) Trash to Trailer
27) Nail shoe Mold /
28) Gate latch
29) Whole day Termite Corner
30) Paint (C)
31) Elec Cover Plates
32) Trim Paint
33) Rplc Kid light Ballast
34) Re Mount Stove Outlet
35) Replace Stock Vent Seal
36) Replace Missing Ridge Vent
37) Replace Gutter guard Missing on Front

W/O  29 Aug — 9 Sept

- [x] Put HVAC Registers Back In — Paint Screws
- [x] Put Lights Up - 1st Bed Rm — Laundry - Hall Bath — Master Bath — Master Closet — Hall — BKFST — Pantry — Ceiling Fan
- [x] Spatter Paint Walls —
- [x] Rmv / Rplc Toilets — Stove
- [ ] Pictures for Adam
- [x] Pressure Wash Drive - Sidewalk - Patio — Gutters
- [x] Bleach White Wood on Exterior Windows
- [x] Scrape / Swep / Vac All Floors / Base board — Paint Prep
- [x] Paint Seal Carpet Floors w/Kilz
- [x] Paint Walls 1st Coat
- [x] Paint Ceiling 2nd Coat
- [x] Paint Trim 1st Coat
- [x] Install New Hinges & Knobs & Door Stops — Re-Hang Doors
- [x] Tear Down — Rmv Shed
- [x] Clean Joint Cmpd frm Trim (overspray of walls)
- [x] Re-Attach Upper Pantry Cabinet to Wall & each other.
- [x] Rmv - Patio Pad stock
- [x] Walls Sanded / Holes filled — Patched Large Holes.
- [x] Caulk Trim / Ceiling / Walls
- [x] Tape Outlets / Switches
- [x] Repair 1st B/R Ceiling
- [x] Replace Patio & Entry Cedar
- [x] Replace Gable Vent
- [x] Paint & Replace Bath Vent Cover - Ice Cover — Washer Hose Cover — Rmve Jammed Hose Connectors
- [x] Several Trips to Depot — 2 for Rental
- [x] Sand / Strip / - 1st Coat Sealer to Wood Floor

◻ Re-Stack - Bricks Around Front Walk/Drive.
◻

TASK As of 22-26 Aug

- ☐ Painted HVAC Registers & Sand Rust off
- ☐ Installed Drywall — Insulation —
  In Repaired Walls — Replace Window TRIM
- ☐ Numerous Dry wall holes thru entire
  house all Walls & Windows — (2 Apps of Mud)
- ☐ Repair Ceiling Joint in 1st Bed Rm
- ☐ Sand Laundry Walls frm Wallpaper
  (Rmvl (Previous Not Me) —
- ☐ Finish Taping Windows CABINETS
- ☐ Put Faucet handles on Master Both Lav —
  Water Cutoffs — Glued Sink in place
- ☐ Clear Gutters
- ☐ Install Door TRIM on: Front door — Patio
  Linen Closet —
- ☐ Replace Bulbs — n - Florescent Fixture (½ of
  Light does not work) Probably Ballast
- ☐ Put Cedar 2x4's on Repaired Areas
- ☑ Put Base Boards on —
- ☐ Sweep Floor & Vac in Prep for Kik on
  Monday —
- ☑ Installed Crown in 1st B/R
- ☐ Re Nailed Door Casing 1st B/R & Laundry
- ☐ Bondo on L/R Window & Entry Dead Bolt
  & Strike latch Holes to Replain Dog damage &
  over cuts of Jamb.
- ☐ R/R Patio Door Assy / Window Assy —
  Framing — Sheathing — Tyvek Wrap —

☐ Install Lead/Brass - Glass Window assy
in Entry Door
☐ Master Bedroom Window Replaced - Tomlinson

TASK  W/O 10 — 17K Aug

11 E. White Hawthorne
Email

| | | |
|---|---|---|
| ① ☐ | Stack Vent Flash | Chas |
| ② ☐ | Ridge Cap | Chas |
| ③ | Siding | Ches |
| ④ | Termite Corne @ Garage Down Spout | (Chas) |
| ⑤ | Paint Interior 2ND Wall coat | Both |
| ⑥ | Paint " 2ND TRIM | Both |
| ⑦ | Replace Floresct Ballast | Ches |
| ⑧ | Replace M—Bath & hall Toilet — (M-Bath 2 times) | Me |
| ⑨ | Rplce Gutt Guard | Chase |
| ⑩ | Nail / Cut / Caulk Shoe / ¼ Rnd | Both |
| ⑪ | Shutters (Garg Termite 2 time.) | Chase |
| ⑫ | Covees elec | Both |
| ⑬ | Mount Range Plug | Chas the |
| ⑭ | Cap of /Rmv Range | Me |
| ⑯ | Paper Work | Me |
| ⑰ | Laminate M-Bth Vanity | Me |
| ⑱ | Re Mount Med Cabs | Chas |
| ⑲ | Clean all house — | (Creed) |
| ⑳ | ~~Rem Cabs~~ Load Trash on Trailor | Milk |
| ㉑ | Towel Bars —T. P Holders | Me. |
| ㉒ | Vac house | Me |
| ㉓ | Repair Stove Cab Counter Ends | Me |
| ㉔ | Rmv T.V. Cable Across Front | Me |
| ㉕ | Strip Wood Floor Re Seal | Me |
| ㉖ | Mount Bi Fold Folds — Re Mount Atte Cut | Me |
| ㉘ | Re Assy Fans / Din lite / | |
| ㉙ | Sand Tub handles | |

30. Putty Base Board Dog Chew Marks Kit          Me
31. More Holes
32. Put Up Air Freshners
33. Wash & Fan lite Globes
34. Find Screws Missing From Motor Fan
35. Caulk all Windows
36. Caulk Vanity Sinks
37. Rear Gate Repair
38. Front Gate Repair
39. Repair / Rple Cab Door Kitchen
40. Mot Root M/Bath Toilet _ Rmv _
    Food/Rocks /Tooth Brush — Photo's
41. Clean Up (Exterior Saw Areas —      Mike
    Shed to Trle for Dump Run.

11 E. White/Hawthorne

Completed W/0 8-12 Aug

1. Pick Up 95% of Supples/Material
2. R/Rplc HVAC Filter Housing
3. R/Rplc Stove Vent Hood
4. R/Rplc all painted outlets - Swtches - Coverplates
5. Rmv all light Fixture for Ceiling Paint
6. Rmv all A/C Registers to Paint
7. R/Rpl all Screens - Build missing ones
8. Rmv all Carpet & Pads
9. Rmv 12" VTC Tile frm Laundry - Hall Bath - Bath Closet
10. Rmv - L/R ceiling Fan
11. Cover Kit Cabs/Counter Prior to Paint
12. Circuit Maps Power Panel
13. R/Rplc Patio/Front Entry Lamps
14. Move all TRASH out of house
15. " " " out of Shed
16. Move all TRASH from Around House
17. Remove Papers -
18. Remove all door Knobs & hinges
19. Remove all Broken door stops frm Base
20. Remove all Blinds
21. R/Rplc Hall Vanity
22. Rplc Toilet Seats
23. Rmv - Door Casing frm Laundry Rm prep for Drywall Repairs
24. Rmve Clear Broken Kit Cabinet door.

(25) R/Rpt Center Bed Rm door assy w/ New
Pre-Hung Unit

(26) Remove Staples - Nails - Thumb Tacks from Walls in
prep of Painting.

## Funds

| | | |
|---|---|---|
| $ 2000.00 | CASH Adv. | |
| $ 358.00 | LABOR Jeff cut one (pd) | |
| $ 897.50 | LABOR Me " " | |
| Chgd 76.17 | Depot my CARD | |
| Chgd 297.47 | Depot my CARD | |
| Refund (137.74) | REFUND Depot CASH | |
| C $1278.01 | CASH Depot | |
| C $497.02 | CASH Depot | |
| Chgd 616.71 | Master CARD | Door Assy - Cedar (Gaster) |
| 3882.59 | Spent To date | |
| - 2000.00 | CASH Adv. | |
| $1882.59 | Due as of 12 Aug | |

973 - 335 - 0393  FAX

aj110b@ Att.Net  -

✓ ① Screens — Repair / Replace
✓ ② Repair Patio <u>Cedar</u> Frame: Door Replace Scratches
      *Forced entry  *Dog chewing
✓ ③ Clean Trash From Patio Millen
                            Shed
      ~~shed shed~~       Pencil
                            Inside
✓ ④ Replace Patio Door. Forced Entry ~~Frame Bent~~ Glass Scratches
                                              up Both Panel By Dog
✓ ⑤ Repair Mail Box — Tighten (½ hr)
✓ ⑥ Clean Gutters — Press Wash — Repaint
✓ ⑦ Repair Gutter Down ~~Sto~~ Spouts: Crushed Missing from
                                        Previous Yrs Repair
✓ ⑧ Replace Door Trim — Dog Scratches  Front & Pantry
                                              Bath Hall
✓ ⑨ Repair L/R Window Trim — Dog Chewed
⑩ Repair 1st BR Door Frame — Abuse Frame Split down hinge side
✓ ⑪ Repair Laundry Bi-fold — Abuse — (Removed)
✓ ⑫ Replace Broken 6'0 x 6'8 Bi-fold Assy — Abuse
      pivot points Shattered — Blue Bed Rm.

✓ ⑬ Replace Broken Door Frame — (Replaced Tee Hung bc5
                                   Middle Bedrm of
                                   paint & Frame Damage)
✓ ⑭ Replace All hinges — Painted
✓ ⑮ Replace All door knobs — Missing parts
✓ ⑯ Replace " door Stops — Abuse — Removed by Tenn.
✓ ⑰ Replace Hall Vanity — Abuse Watr damage —
      Door Broken off — V/w handls Missing — Sink BKN
                        Base Board  Master Closet      Loose
⑱ Rplc Shoe Mold & Water damage Base — Both Baths
✓ ⑲ Re Mount Pantry Upper Cabinets — Pulled off.
✓ ⑳ Repair Kit Sink Door Broken & ~~Both~~ Missing
            1 Knob on

21) Dbl dwar Damage - Partition Broken off (Wt.)

22) Replace All outlds/ Covers/ Swtch - Painted - T.J./Pho

23) Replace Broken L/R Ceiling fan Knob Broken or Painted

24) Replace Toilet Paper/Towel/Knob Rings Both Baths

25) Replace Broken HVAC Filter Housing - Abuse

26) ~~Replace Cracked Cornet Damage~~ Toilets Damage toilets Overflow Leaks

27) Repair Master Bath Vanity Water damage toilets Overflow

28) Replace Missing Shose Bibb Vac Breaker Anti-Siphon

29) Replace Broken/Missing Tub drain Plugs (2 ea) RFO Replaced

30) Hall Sink Missing Stopper

31) Reinstall Master Bath Stopper to Sink

32) Replace Front entry wx strap - dog

33) Ppls All Carpets Dog/Kids/ Fleas 250.00 + (60.00 See Me) 310.00

34) Final Clean Crew -

35) Replace ~~Damaged Left~~ Latch - Front Abuse (Abuse)

36) Re Mount Rear Hinge Gate

37) Admin - Accounting - Photos ext. - (Neglect)

38) Sand tine off Tub hndls - Center Master Bed Rms.

39) Re-assmble Fan's Clean Globes (Center-Master) Bed Rms.

40) Pest Control - Preferred   Fleas - $110.00  Termite - $1600.00

~~41) Replace Hall Vanity~~

41) Repair Master Bath Vanity Water Damage: Laminate Toilet Sd. Rental Eqpt.

42) Spatter Coat all Interior Walls - Abuse - 

43) Repaint w/ Kilz all Celings/Walls - Abuse - Roller Marks on ceiling -

P 3 of 2

✓ (44) Rmo — Rple Water Damage Vinyl Floors in
Both Baths / Laundry

✓ (45.) Tear Down Shed   (Done) Rmv To Dump
✓ (45) Remov all Damage Blinds from Window
✓ (46) Numerous Holes in Wall from doors —
& Laundry — Trim — & All Rms — Bath — Rec Rm T.V.
   Sofa/Love seat  Bed Frame?   See Photo w/Alarm
✓ (47) Remove Rufers — Abandon 2 ea To Dump Sitting @ L/R Window
✓ (48) Time to Call Police for Abandon Car (1hr)
✓ (49) Remove Numerous Staples from Walls Blue/Green/Master Bd.
✓ (50) Repair Ceiling in 1st B/R — Fall Thru — Appx 5 ft Long
✓ (51) Install Crown to Cover Drywall Repair 1st B/R → Grante Step Thru
✓ (52) Press Wash exterior —
✓ (53) Scrape Floors — (fleas)
✓ (54) Paint Floors — (fleas) — (Kilz)
✓ (56) Rmove Carpet Tack — (Fleas)
✓ (57) Re-Stack Bricks @ Side Walk — Boarder Trim —
   Throw all over exterior By Kids —
✓ (58) Strip / Sand Refinish Wood Floor a Entry.



_Tennate Cost_                    L = $7,412.00

✓190.00  Cochran LABOR Drywall (Labor) ✓
✓40.00   Pictures
✓358.00  Labor Faulk (Labor) ✓
✓8.97       "    Me (Labor) ✓
#27 79.29  Rental textureSprayer ✓
✓85.00   Marcus Labor
✓57.50   Vince lights-Vents- After Paint (Labor) ✓
✓57.50   Milki door's hinges/Knobs/Stops (Labor) ✓
990.00   Me Labor ✓
✓1430.00   "    "  ✓
✓965     "    "  ✓
✓510     "    "  ✓
#47 ✓250.00  Decrustation Cleaning
✓1532.50   Me  Labor

Tiles  18.32  #54
dump   11.23  #58
Slide   Door
Door  16.71  #12
Elec.  76.17  #6
1Yr  297.47  #7
<137.79  cleaning
1278.01  #10
401.08  #11 ✓
30.00  #51 ✓
6.00  #50 ✓
Pave  87.91  #49 ✓
Slab  67.83  #48 ✓
1 Bath  87.24  #53 ✓
Vanity

61.04  #25 ✓
508.73  #16 ✓
21.00  #14 ✓
5.00  #15 ✓
12.68  1st #34 ✓
21.00  paint #36 ✓
187.44  #37 ✓
116.44  Rtnfem #10 ✓
30.00  #40 ✓
106.22  #41 ✓
32.00 Cedar  #17 ✓
4350  #18 ✓
11.95  #19

710.00 Termite Flea Bond ✓
Rental Pictures  79.29  40.00

$11,820.00

$11,853.32
Tennants MEL

#'s are on
Ferris's time on with

| | | | |
|---|---|---|---|
| | 40.⁰⁰ | WALMART Pictures | C |
| | 358.⁰⁰ | Labor Faulk | C |
| | 897. | LABOR Me | C |
| #6 | 76.¹⁷ | Depot (see#16) | Chg |
| #7 | 297.47 | " (See#16) | Chg |
| #9 | ⟨137.⁷⁹⟩ | RTN Vanity | RTN(C) |
| #10 | 278.⁰¹ | Depot | C |
| #11 | 497.⁰² | " | C |
| #12 | 616.⁷¹ | M/c chg - Gaster - Door - Cedar | M/C |
| | ⟨57.⁴² | Tyvek Wrap ⟩ ✳ | C |
| #13 | ⟨36.76⟩ | Depot = 24.31 CASH | C |
| | | ⟨ 12.45 Rtn My CARD ✳ ⟩ | RTN |
| #14 | ⟨82.⁵²⟩ | Depot = 24.⁰⁰ CASH | C |
| | | ⟨ 58.⁵² My CARD ✳ ⟩ | My CARD |
| #15 | 263.⁵⁵ | Depot CASH | C |
| #16 | 500.⁰⁰ | Depot CASH FOR#6 76.17/#7 297.47/#12 57.⁴²/ #13 12.45/ #14 58.52 = ⎡502.13⎤ | C |
| #17 | 61.³⁵ | Depot | C |
| #18 | 43.⁵⁰ | Deptot | C |
| #19 | 11.⁹⁵ | Depot | |
| #20/#44 | $190.⁰⁰ | LABOR - Marcus Cochran   ✓ 90.⁰⁰ Ck# 327 / My CARD 100.⁰⁰ CASH | |
| | 4.⁰⁰ | Searrs   Vac Bags | |
| #22 | 100.⁰⁰ | Tomlinson Glass | CK 326 |
| #23 | 55.⁰⁰ | Windaw Front door Cost Me 70.⁰⁰ | |
| #24 | ⟨44.⁵⁶⟩ | RTN'S 19.³² CASH | C |
| | | 15.²⁴ My CARD ✳ | My CARD |
| #25 | 61.04 | 51.⁰⁵ CASH   9.99 #333 | Q |
| | | CK 333 | |

#26    67.50    Depot                                          CK 3335
#27    79.29    Depot          Rental                          CK 334↓
#28/29 315⁵⁰    ~~15.⁵⁰~~ LABOR   Chas                         CK 338 ✓
#28    $25.⁰⁰   LABOR          Marcus                          CK 336 ✓
#30    120      "              Vince Carter                    CK 339 ✓
#31    96       "              Michael Marks                   CK 340 ✓
#32    57⁵⁰     "              Vince                           CK 341 ✓
#33    57⁵⁰     "              Michael                         CK 342 ✓
#34    12.⁴⁸    Depot                                          C
#35    423      "                                              C
#36    31⁰⁷     "                                              C
#37    187.⁴⁷   "                                              CK 344 ✓
#38    <30.⁹⁵>  Refund Depot                                   C
#40    48.58    Depot                                          C
#41    106.⁷⁷   Depot                                          CK 337 ✓
#42    990⁰⁰    LaBor    Me ⎫ pd CK# 4433 for $3000⁰⁰         3-10 Sept
#43    1430⁰⁰   Labor    Me ⎭ on 15 Sept                       29-3 Sept
#44    965⁰⁰    LABOR    Me                                    22-29 Aug
#45    510.⁰⁰   LABOR    Me (Fem Gnall @ 40408⁵⁴              15-20 Aug
                                    Invoice
#46    710⁰⁰    Preferred Pest                                 CK 321 ✓
#47    250.⁰⁰   Post Const Cleaning Dechristofano              CK 346 ✓
#48    67.⁸³    Depot                                          My CARD
#49    8⁷.⁹⁴    Depot [4.22 Store Card] (#83¹⁴ my CARD)        My CARD
#50    ~~7.⁰⁰~~
#50    $23.⁹⁵   Depot                                          C
#51    3.⁰⁰     True Value                                     C
#52    <52.²⁷>  Depot RTN  Store Credit                        RTn
#53    87.²⁴    Meyer Laminate (CASH) Marks Bath Vanity Cover  CK# 349 ✓



11,622.10    Labor/Material As of 16 Sept.
<--- 11,700.00 ---> CK's Rcvd  2000 - 4000 - 2700 -
                                   3000 -

#50  ???   < 27.21 >  Store CARD Left on CARD
#40    1532.50       My labor   (w/o 10th SAT → 17 SAT)
#61     750.00       Chas Labor  (w/o 12th → 17 SAT)
#62      50.79       Material Spent. Due to Me
Due Now  2333.29
CK Recd  2500.00                    Due  50.79   Note
9/23     166.71  Left               CARD  27.81

                                    Recd CK  2500.00

#54    18.32  Depot                                S/C
#55  < 6.11 >  give back Water off Store Credit
#56  < 27.21 >                                     S/C
#57  < 7.87 >                                      S/C
#58    11.23  Dump Fee                             C
#59  < 28.23 >  Gas Car Cooler Pop            Master C
# 11,581.53   Total Spent
+ 2333.29    (2000 + 4000 + 2700 + 3000 + 2500)

# 13914.82   Spent
  14,200.00
    285.18  Left Over Adam A/o 23/Sept  (Have Not Billed Last ticket)
            (OVER → )

#63   <6.00>   Depot Store (PAID)          S/C

#64   660.00   My labor  19-24th & 4 Oct

#64   6.00   Home Depot Caulk for Kit. Sink   S/C

14,290.00   Spent A/o Oct 1 2005

14,200.00   (Checks 2000, 4000, 2700, 3000, 2500)

$90.00   (Due)